

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

July 6, 2022

*Via ECF*

Magistrate Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    **United States v. Robert Chomicki**
               **Case No. 22-cr-336**

Dear Magistrate Judge Roman:

    I hereby respectfully petition the Court to give Defendant Robert Chomicki permission to travel to New Jersey from July 9, 2022 through July 23, 2022, to allow him to attend a family vacation. I have spoken with AUSA Jennifer Ong and PTSO Shannon Finneran and have provided them with the exact location of where my Client will be staying, and they have no objection to this request.

    Thank you for your consideration of this request.

                                    Very truly yours,

                                    *Andrew C. Quinn*

                                    Andrew C. Quinn, Esq.

ACQ:nc
cc: AUSA Jennifer Ong
     PTSO Shannon Finneran