

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

**MEMO ENDORSED**

September 16, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2022

*Via ECF*
District Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Defendant's application seeking leave of Court to modify his bail conditions to attend a necessary medical appointment in Stamford, Connecticut is grant without objection from Pretrial Services and the Government.

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: **United States v. Robert Chomicki**
    **Case No. 22-cr-336**

Dear Judge Roman:

Date: September 19, 2022
White Plains, NY

    I hereby respectfully petition the Court to give Defendant Robert Chomicki permission to travel to Stamford, Connecticut on Monday, September 19, 2022, to allow him to attend a doctor's appointment. I have spoken with AUSA Jennifer Ong and PTSO Shannon Finneran and have provided them with the exact location of where my Client will be staying, and they have no objection to this request.

    Thank you for your consideration of this request.

Very truly yours,

*Andrew C. Quinn*

Andrew C. Quinn, Esq.

ACQ:nc
cc: AUSA Jennifer Ong -
    PTSO Shannon Finneran