

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

*MEMO ENDORSED*

December 9, 2022

*Via ECF*
District Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> **Deft's request for a temporary bail modification for travel to/from the state of Connecticut for medical appointments from Dec. 15, 2022 until Feb. 28, 2023 is GRANTED without objection by the Gov't and the Pretrial Services Officer. Clerk of Court is requested to terminate the motion at ECF No. 18.**
> **Dated: White Plains, NY**
> **December 13, 2022**
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:   **United States v. Robert Chomicki**
      **Case No. 22-cr-336**

Dear Judge Roman:

    I hereby respectfully petition the Court to give Defendant Robert Chomicki permission to travel to Stamford, Connecticut from Thursday, December 15, 2022 through Tuesday, February 28, 2023, to allow him to attend numerous medical appointments related to a surgical procedure. Mr. Chomicki has his first appointment scheduled for December 15, 2022 with Dr. Samuel Taylor to have pre-operative scans performed; he will then have multiple appointments before his scheduled surgery date, January 5, 2023. Mr. Chomicki will then have multiple post operative appointments through the end of February 2023. We seek a modification of his bail conditions to allow him to travel to the State of Connecticut on multiple occasions to complete this procedure.

    I have spoken with AUSA Jennifer Ong and PTSO Shannon Finneran and they have no objection to this request.

    Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2022

Very truly yours,

*Andrew C. Quinn*

Andrew C. Quinn, Esq.

ACQ:nc
cc: AUSA Jennifer Ong -
    PTSO Shannon Finneran