

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2023
```

June 27, 2023

**MEMO ENDORSED**

*Via ECF*

Magistrate Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

        **Re:**    **United States v. Robert Chomicki**
              **Case No. 22-cr-336 (NSR)**

Dear Magistrate Judge Roman:

    I hereby respectfully petition the Court to give Defendant Robert Chomicki permission to travel to New Jersey from July 8, 2023 through July 23, 2023, to allow him to attend a family vacation. I have spoken with AUSA Jennifer Ong and PTSO Shannon Finneran and have provided them with the exact location of where my Client will be staying, and they have no objection to this request.

    Thank you for your consideration of this request.

                                          Very truly yours,

                                          *Andrew C. Quinn*

                                          Andrew C. Quinn, Esq.

ACQ:nc
cc: AUSA Jennifer Ong -
    PTSO Shannon Finneran

The Court GRANTS Defendant's request for permission to travel to NJ from July 6, 2023 to July 23, 2023 to attend a family vacation. The Government and Pre-trial Services have no objection to the request. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 26.

Dated: June 28, 2023
       White Plains, NY

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE