```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :   Amended
                                                             :   CONSENT PRELIMINARY ORDER
        - v. -                                               :   OF FORFEITURE/
                                                             :   MONEY JUDGMENT
ROBERT CHOMICKI,                                             :
                                                             :   22 Cr. 336 (NSR)
                Defendant.                                   :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2023

WHEREAS, on or about June 14, 2022, ROBERT CHOMICKI (the "Defendant"), was charged in a two-count Indictment, 22 Cr. 336 (NSR) (the "Indictment"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One) and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment;

WHEREAS, on or about April 21, 2023, the Defendant pled guilty to Counts One and Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) a sum of money equal to

$640,783.99 in United States currency, representing proceeds traceable to the commission of the offenses charged in Counts One and Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $640,783.99 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Indictment that the Defendant personally obtained, of which the Defendant is jointly and severally liable with Ean Mangey, 21 Cr. 781 (PMH), for $192,236.20 (representing thirty percent of $640,783.99), to the extent a forfeiture money judgment is entered against Mangey in 21 Cr. 781 (PMH); and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jennifer N. Ong, of counsel, and the Defendant and his counsel, Andrew C. Quinn, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $640,783.99 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Indictment that the Defendant personally obtained, of which the Defendant is jointly and severally liable with Ean Mangey, 21 Cr. 781 (PMH), for $192,236.20 (representing thirty percent of $640,783.99), to the extent a forfeiture

money judgment is entered against Mangey in 21 Cr. 781 (PMH); shall be entered against the Defendant.

    2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ROBERT CHOMICKI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

    3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

    4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

    5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

    6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

[PAGE INTENTIONALLY LEFT BLANK]

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          9/20/23
     Jennifer N. Ong                                                         DATE
     Assistant United States Attorney
     50 Main Street, Suite 1100
     White Plains, NY 10606
     (914) 993-1926

ROBERT CHOMICKI

By: _____          9/20/23
     Robert Chomicki                                                        DATE

By: _____          9/20/23
     Andrew C. Quinn, Esq.                                              DATE
     The Quinn Law Firm
     399 Knollwood Road, Suite 220
     White Plains, New York 10603
     Tel: (914) 997-0555

SO ORDERED:

_____          9/20/2023
HONORABLE NELSON S. ROMAN                      DATE
UNITED STATES DISTRICT JUDGE